No. 89–1129.  HERTZKE ET UX., INDIVIDUALLY AND AS PARENTS OF HERTZKE, A MINOR v. REILEY ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89–1132.  JONES v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 89–1133.  VISLISEL v. UNIVERSITY OF IOWA ET AL.  Sup. Ct. Iowa.  Certiorari denied.

No. 89–1147.  BIBACE v. FLORIDA BAR.  Sup. Ct. Fla.  Certiorari denied.

No. 89–1151.  MOODY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–1157.  LYNCH, SUCCESSOR PERSONAL REPRESENTATIVE OF THE ESTATE OF EVANS, ET AL. v. FLEMING, GUARDIAN AD LITEM FOR FLEMING.  Sup. Ct. S. C.  Certiorari denied.

No. 89–1163.  VESEY v. MACY'S HERALD SQUARE.  Civ. Ct., City of New York, N. Y.  Certiorari denied.

No. 89–1168.  KIEFER, EXECUTOR, ESTATE OF BOGRAD v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 89–1178.  CASAMENTO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 89–1195.  ST. JOSEPH HOSPITAL v. CELOTEX CORP. ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–5712.  BRITO-MEJIA v. UNITED STATES; and
No. 89–5734.  CARRASCO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.  Reported below: 879 F. 2d 945.

No. 89–5742.  JERRY EL v. ZIMMERMAN ET AL.  C. A. 3d Cir. Certiorari denied.

No. 89–5767.  HARMON v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 89–5792.  TUTINO v. UNITED STATES; and